1  KENNETH J. COLLINS, CSBN 100579
   ATTORNEY AT LAW
2  P. O. BOX 1193
   ARCATA, CA 95518
3  (707) 822-1611 FAX (707) 822-1044
   EMAIL: kcollins@arcatanet.com

5  ATTORNEY FOR PLAINTIFF

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# EUREKA DIVISION

| | |
|---|---|
| KIMBERLY MAE STOTLER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　Defendant | Case No.: 1:15-cv-01214 NJV<br><br>STIPULATION AND ~~PROPOSED~~ ORDER IN SUPPORT OF PLAINTIFF'S REQUEST FOR EXTENSION OF TIME |

   IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that plaintiff Kimberly Mae Stotler may have an extension until January 27, 2016, in which to file Plaintiff's Reply to Defendant's Opposition and Cross-Motion for Summary Judgment.  Plaintiff's request is due to plaintiff's counsel's medical conditions.

Dated:  January 13, 2016                    */s/ Kenneth J. Collins*
                                            KENNETH J. COLLINS
                                            Attorney for Plaintiff

|   |   |
|---|---|
|   | BRIAN J. STRETCH |
|   | Acting United States Attorney |
|   | DEBORAH LEE STACHEL |
|   | Acting Regional Chief Counsel, Region IX |
|   | Social Security Administration |

Dated: January 13, 2016           /s/ *Donna W. Anderson*
                                  DONNA W. ANDERSON
                                  Special Assistant United States Attorney
                                  (as authorized by email)

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 2/8/2016                   _____
                                  HON. NANDOR J. VADAS
                                  United States Magistrate Judge

Stipulation and ~~Proposed~~ Order In Support of Plaintiff's Request for Extension of Time-2-